1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE AVALOS,                          No.  1:20-cv-01580-NONE-SKO

12              Plaintiff,

13        v.                                 ORDER DIRECTING CLERK TO ASSIGN A
                                             DISTRICT JUDGE TO THIS MATTER AND
14   BUHL PROPERTIES, LLC,                   CLOSE THE CASE

15              Defendant.                   (Doc. 9)

16

17

18
         On January 19, 2021, the parties filed a stipulation, signed by all parties who have
19
     appeared, that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
20
     Federal Rules of Civil Procedure.  (Doc. 9.)
21
         In relevant part, Rule 41(a)(1)(A) provides as follows:
22
         [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
23       dismissal before the opposing party serves either an answer or a motion for
         summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
24       appeared.

25   Fed. R. Civ. P. 41(a)(1)(A).  Rule 41 thus allows the parties to dismiss an action voluntarily, after

26   service of an answer, by filing a written stipulation to dismiss signed by all the parties who have

27

28

appeared, although an oral stipulation in open court will also suffice.  *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval.  *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).  Because the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) that is signed by all whom have made an appearance, this case has terminated.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:   **January 20, 2021**                        /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE